IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| HALE TRANS, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. WMN 97-1815 |
| COLUMBIA COASTAL TRANSPORT, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## SIXTH AMENDED DISCOVERY SCHEDULE
## UPON STIPULATION OF THE PARTIES

Plaintiffs, Hale Trans, Inc. and Hale Intermodal Marine Company, and Defendants, Columbia Coastal Transport, Inc. and Columbia Coastal Transport, LLC, hereby stipulate and agree to the following Sixth Amended Discovery schedule:

        2/28/00:    Deadline for completion of depositions of all designated expert witnesses.



_____
Daniel A. Osborn, Esquire
Beatie and Osborn
599 Lexington Avenue
New York, New York  10022
Attorney for Defendants,
Columbia Coastal Transport, Inc.
and Columbia Coastal Transport, LLC

_____
Mark D. Gately (#00134)
Robert S. Brennen (#04499)
John E. McCann, Jr. (#10028)
Miles and Stockbridge, P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464
Attorneys for Plaintiffs, Hale Trans, Inc. and Hale Intermodal Marine Company

and

S. Stephen Simms, Esquire
W. Charles Baily, Jr., Esquire
Gerber & Simms
Suite 930
Two North Charles Street
Baltimore, Maryland  21201
Attorney for Defendants,
Columbia Coastal Transport, Inc.
and Columbia Coastal Transport, LLC

IT IS SO ORDERED.

_____ 1/11/00
Judge William M. Nickerson