UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

April 20, 2000

Mark D. Gately, Esq.
Miles & Stockbridge, P.C.
10 Light St.
Baltimore, MD 21202-1487

Russel H. Beatie
Beatie and Osborn LLP
599 Lexington Ave.
New York, NY 10022

RE: Hale Trans, Inc. et al v. Columbia Coastal Transport, Inc. et al.
Civil Action No. WMN 97-1815

Dear Counsel:

In response to Mr. Gately's letter of March 31, 2000 requesting an earlier date for trial than December 4, 2000 and, in view of the age of this case and the continuance of the trial date previously set, I will confer with Chief Judge Motz and the other district judges to see if a transfer to another judge and the setting of an earlier date for trial can be accomplished.

Before I undertake to have this case transferred to another judge, I would like to hear from counsel for defendants with respect to whether they will agree to the simpler procedure of a prompt transfer to a magistrate judge who can preside over a jury trial on this matter in the relatively near future.

I will expect a response from defense counsel within ten (10) days of this letter so that I may proceed with the transfer to another judge or with referral to a magistrate judge.

Yours very truly,

William M. Nickerson
U.S. District Judge

WMN/kjb