IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Hale Trans, Inc., et. al., | * |
| Plaintiffs, | * |
| v. | *   Civil No. WMN 97-1815 |
| Columbia Coastal Transport, Inc., et. al., | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Plaintiff's Motion to Seal, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Seal is **GRANTED**; and

2. Plaintiffs' Emergency Motion to Enforce Settlement Agreement and attached exhibits, proposed Order and Request for Hearing are to filed under Seal with the Court.

**IT IS SO ORDERED.**

_____  6/23/00
~~The Honorable Susan K. Gauvey~~
United States District Court
for the District of Maryland

BALT01:349937|G623-000000