IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Hale Trans, Inc., et. al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. WMN 97-1815 |
| Columbia Coastal Transport, Inc., et. al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Plaintiff's Motion to Seal, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Seal is **GRANTED**; and

2. Plaintiffs' Supplemental Motion Regarding Defendants' Stated Intention to Close Transaction on July 10, 2000 and Reply in Support of Motion to Enforce Settlement Agreement and attached exhibits, proposed Order and Request for Hearing are to filed under Seal with the Court.

**IT IS SO ORDERED**

_____ 6/29/00
The Honorable William Nickerson
United States District Court for
the District of Maryland

BALT01:349937|G623-000000