IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Hale Trans, Inc., et. al., * | |
| Plaintiffs, * | |
| v. * | Civil No. WMN 97-1815 |
| Columbia Coastal Transport, * | |
| Inc., et. al., | |
| * | |
| Defendants. | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### EXTENDED SETTLEMENT ORDER
### (Local Rule 111.1)

Upon consideration of Plaintiffs' Motion for Extension of Rule 111.1 Order, it is this 29th day of June, 2000 hereby **ORDERED** that:

1. Plaintiffs' Motion for Extension be, and the same hereby is, **GRANTED**;

2. This Court's Settlement Order of May 19, 2000 is hereby **EXTENDED**. This action is dismissed and each party is to bear its own costs; provided, however, that this Order is **without prejudice** to the right of any party to move for good cause shown on or before **July 15, 2000** to reopen the action if settlement is not consummated. If no party moves to reopen on or before July 15, 2000, the dismissal shall be with prejudice.

3.  The Clerk of the Court shall mail copies of this Order to all counsel of record.


Date: 6/**29**/00                    _____
                                     The Honorable William M. Nickerson
                                     United States District Court for
                                     the District of Maryland