IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| HALE TRANS, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No.  WMN 97-1815 |
| COLUMBIA COASTAL TRANSPORT, INC., et al., | * | |
| | * | |
| Defendants. | * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their undersigned counsel, hereby stipulate to a dismissal with prejudice of any and all claims and counterclaims in this action, each side to bear its own costs.

Respectfully submitted,

_____
Russell H. Beatie, Esquire
Daniel A. Osborn, Esquire
BEATIE & OSBORN
599 Lexington Avenue
New York, New York  10022

Attorneys for Columbia Coastal
Transport, LLC and Columbia
Coastal Transport, Inc.

_____
Mark D. Gately (#00134)
Robert S. Brennen (#04499)
John E. McCann, Jr. (#10028)
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland  21202-1487
(410) 727-6464

Attorneys for Plaintiffs, Hale Trans
Inc. and Hale Intermodal Marine Company

"APPROVED"  THIS 20th DAY
OF  July , 2000

_____
UNITED STATES DISTRICT JUDGE

BALT01:343466v1|G623-000000|05\26\00

SENT BY: BEATIE AND OSBORN LLP;          2128889664;          JUL-18-00 17:24;          PAGE 2/2

7/18/00   15:35   ☎410 385 3700          MILES & STOCBRID                                    ☒003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| HALE TRANS, INC., et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No.   WMN 97-1815 |
| COLUMBIA COASTAL TRANSPORT, INC., et al., | * | |
| Defendants. | * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their undersigned counsel, hereby stipulate to a dismissal with prejudice of any and all claims and counterclaims in this action, each side to bear its own costs.

Respectfully submitted,

_Daniel A. Osborn_
Russell H. Beatie, Esquire
Daniel A. Osborn, Esquire
BEATIE & OSBORN
599 Lexington Avenue
New York, New York 10022

Attorneys for Columbia Coastal
Transport, LLC and Columbia
Coastal Transport, Inc.

_[signature]_
Mark D. Gately (#00134)
Robert S. Brennen (#04499)
John E. McCann, Jr. (#10028)
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202-1487
(410) 727-6464

Attorneys for Plaintiffs, Hale Trans
Inc. and Hale Intermodal Marine Company

BALT01:343456v1/0823-000000(0926)00