IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Hale Trans, Inc., et. al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. WMN 97-1815 |
| Columbia Coastal Transport, Inc., et. al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' VOLUNTARY WITHDRAWAL OF
PENDING ENFORCEMENT MOTIONS**

Plaintiffs, Hale Trans, Inc. and Hale Intermodal Marine Company (collectively "Hale Marine"), by and through their undersigned attorneys, hereby voluntarily withdraw the following two motions previously filed with this Court:

1. Plaintiffs' Emergency Motion to Enforce Settlement Agreement (filed June 22, 2000);

2. Plaintiffs' Supplemental Motion Regarding Defendants' Stated Intention to Close Transaction on July 10, 2000 (filed June 28, 2000).

Hale Marine's voluntary withdrawal of these motions is due to the final closing of the settlement of this case on July 10, 2000.

" APPROVED " THIS 20th DAY OF July, 2000

_____
UNITED STATES DISTRICT JUDGE

          Respectfully submitted,

_____
Mark D. Gately
John E. McCann, Jr.
MILES & STOCKBRIDGE, P.C.
10 Light Street, Suite 700
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiffs,
Hale Trans, Inc. and Hale
Intermodal Marine Company

### CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of July a copy of the forgoing Plaintiffs' Voluntary Withdrawal of Voluntary Enforcement Motions was served upon the following:

    Daniel A. Osborn, Esquire
    Beatie and Osborn
    599 Lexington Avenue
    New York, New York  10022
    (via first-class mail and via facsimile)

_____
John E. McCann, Jr.

2