FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

2000 AUG 18 P 4: 46

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| HALE TRANS, INC., et. al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN 97-1815 |
| COLUMBIA COASTAL TRANSPORT, INC. et al. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the Notice of Withdrawal of Counsel, it is this *18th* day of

August, 2000, hereby **ORDERED** that the appearances of Mark D. Gately, John E.

McCann, Jr., Robert S. Brennen, Scott R. Haiber, and Miles & Stockbridge, P.C. is

hereby **WITHDRAWN.**

**IT IS SO ORDERED.**

_____
The Honorable William M. Nickerson

BALT01 364145v1|G623-000000|08\16\00