# GOODELL, DEVRIES, LEECH & GRAY, LLP

ATTORNEYS AT LAW

ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

BETHANY JACKSON
BXJ@GDLGLAW.COM
WRITER'S DIRECT NUMBER
410-783-4036
Member of Maryland State Bar
and Louisiana State Bar

WASHINGTON, D. C.
301-470-7244

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*

*2000 SEP 29  P 12: 50*

*CLERK'S OFFICE*
*AT BALTIMORE*

*BY_____DEPUTY*

*RECEIVED SEP 29 2000 JUDGE WILLIAM M. NICKERSON*

September 28, 2000

The Honorable William M. Nickerson
United States District Court
  for the District of Maryland
U.S. Court House
101 West Lombard Street
3rd Floor, Room 340
Baltimore, Maryland 21201

WMN-97-1815

Re: **Ceres Marine Terminals, Inc. v. Columbia Coastal Transport, Inc.**
    Case No. 97212033/CC4686

Dear Judge Nickerson:

This will confirm my telephone conversation with Richard Ames-Ledbetter advising that Ceres Marine Terminals, Inc. hereby withdraws its Motion to Intervene for the limited purpose of seeking modification of the Stipulated Protective Order entered on November 5, 1997.

With best wishes, I am

Sincerely yours,

*[signature]*

Bethany Jackson

BJ:ja

cc: Daniel A. Osborn, Esq.
    Clerk, United States District Court
        For the District of Maryland

296928

" *APPROVED* " THIS 29th DAY
OF *September*, 2000

*[signature]*
UNITED STATES DISTRICT JUDGE